WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOCELYNN FRIEDMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware limited liability company; and DOE 1 through DOE 50, inclusive,<br><br>Defendants. | Case No.: 2:26-CV-01636-WBS-SCR<br><br>**ORDER GRANTING JOINT REQUEST REGARDING INITIAL SCHEDULING CONFERENCE** |

The Court GRANTS the Joint Request of Plaintiff, Jocelynn Friedman ("Plaintiff"), and Defendant; Carrington Mortgage Services, LLC ("Defendant;" collectively, with Plaintiff, the "Parties"); Regarding Initial Scheduling Conference.

The Court will issue its Initial Scheduling Order based on the dates proposed in the Joint Scheduling Report without the need for personal appearances by the Parties' counsel; and

If the Court finds that personal appearances are necessary prior to the issuance of the Initial Scheduling Order, the Court shall continue the Initial Scheduling Conference to December 14, 2026, at 1:30 p.m in Courtroom 5.

**IT IS SO ORDERED**

Dated: September 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW
W&W